IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BETTY D. MARKS,                    :

    Plaintiff,                    :
vs.                                                CA 06-0386-BH-C
                                                                   :
JO ANNE B. BARNHART,
Commissioner of Social Security,   :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 19, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 15th day of August, 2006.

                                                    s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE