IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BETTY D. MARKS,                :

    Plaintiff,              :
vs.                                            CA 06-0386-BH-C
                                          :
JO ANNE B. BARNHART,
Commissioner of Social Security,  :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's complaint (Doc. 1) be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and that the filing fee ($350.00) paid in this case on June 26, 2006 be remitted to plaintiff's counsel forthwith by the Clerk of the Court.

**DONE** this 15th day of August, 2006.

                                                     s/ W. B. Hand
                                           SENIOR DISTRICT JUDGE